| | |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Joey DeLeon, SBN 150974<br>3787 University Avenue<br>Riverside, CA 92501<br>(o) 951-826-8000 (f)951-826-8090<br><br>☐ Chapter 13 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br>**JUN 07 2013**<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gooch    DEPUTY CLERK |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 6: 10-38468-WJ |
| In re:<br><br>**TADEO AVALOS AND LORENA AVALOS**<br><br><br><br><br><br>Debtor(s). | Date:   June 5, 2013<br>Time:   3:30 p.m.<br>Dept:   302 |

## ORDER MODIFYING PLAN

On June 5, 2013 at 3:30 p.m., the Court held a hearing regarding the motion for relief from stay filed by Cam V Trust. All appearances were noted on the record. The Court having considered the matter, and good cause appearing therefor, IT IS HEREBY ORDERED:

THE PLAN IS MODIFIED AS FOLLOWS:

1. Plan payments are increased from $2,011 to $3,069 for 9 months (from 6/2013 thru 2/2014).

2. Plan payments are decreased from $3,069 to $2,011 beginning 3/2014 until plan completion.

3. As long as funds are available, the Trustee shall pay the post-petition default owed to BSI Financial Services, Inc. (as transferee from Nationstar Mortgage per transfer of claim filed 5/16/12 as Doc. #35) re Account No. 66-18 (-5766) in the sum of $9,063.94 through the Plan over a period of 9 months by adequate protection payments of $1,007.10 per month for the period 7/2013 thru 3/2014.

4. The plan base is increased to $77,276.

5. The existing provisions in the chapter 13 plan which contemplate that the debtors shall directly make the post-petition payments listed above are stricken.

6. If there is a change in the amount of the post-petition payment, the debtor and debtor's attorney shall monitor the court docket, and provide written notice to the Chapter 13 Trustee of any such change (with back-up documents evidencing the change attached), within ten (10)

        days of receipt thereof, regardless of whether or not notice of such change was filed and served per bankruptcy rule 3002.1(B).

7. For purposes of determining whether a late charge may be imposed, any post-petition payment tendered by the Trustee shall be applied by the creditor to the most recent post-petition payment to become due;.

8. The Chapter 13 Trustee shall make disbursements pursuant to this order with the next regularly scheduled disbursement following receipt of the plan payment and shall not be liable for any late charge(s) or other penalties which may be charged by the creditor as a result thereof.

9. All other Plan terms remain the same.

###

Date: June 7, 2013

Wayne Johnson
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER MODIFYING PLAN** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  The following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Rod (WJ) Danielson (TR)    notice-efile@rodan13.com
- Rod (WJ) Danielson (TR)    notice-efile@rodan13.com
- Joe M Lozano    notice@NBSDefaultServices.com
- William Malcolm    bill@mclaw.org
- Dale Parham    wptmriv@4bankruptcy.com
- Joshua L Scheer    jscheer@scheerlawgroup.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Tadeo and Lorena Avalos
9050 Oleander Avenue
Fontana, CA 92335

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                           **F 9021-1.1.NOTICE.ENTERED.ORDER**

**Additional parties served by U.S. Mail:**

**CHASE BANK USA, NA.**
**PO BOX 15145**
**WILMINGTON, DE 19850-5145**

**Chase Bank USA NA**
**PO Box 15145**
**Wilmington,, DE 19850-5145**

**Midland Funding LLC by American InfoSource LP as agent**
**Attn: Department 1**
**PO Box 4457**
**Houston, TX 77210-4457**

**PRA Receivables Management, LLC**
**PO Box 41067**
**Norfolk, VA 23541**

**Vanda, LLC**
**c/o Weinstein & Riley, P.S.**
**2001 Western Ave., Ste. 400**
**Seattle, WA 98121**